IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GENBAND US LLC, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 2:14-cv-0033 |
| vs. § | |
| § | |
| METASWITCH NETWORKS LTD; AND § | |
| METASWITCH NETWORKS CORP., § | JURY TRIAL DEMANDED |
| § | |
| Defendants. § | |
| § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Defendants Metaswitch Networks Ltd and Metaswitch Networks Corp hereby notifies the Court that **JENNIFER KASH** of Quinn Emanuel Urquhart & Sullivan, LLP, 50 California Street, 22nd Floor, San Francisco, California 94111 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Defendants Metaswitch Networks Ltd and Metaswitch Networks Corp .  The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders to be sent to her.

Jennifer Kash
California State Bar No. 203679
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700
E-mail: jenniferkash@quinnemanuel.com

Respectfully submitted,

/s/ *Jennifer Kash*

Jennifer Kash
California State Bar No. 203679
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700
E-mail: jenniferkash@quinnemanuel.com

*Counsel for Defendants Metaswitch Networks Ltd and Metaswitch Networks Corp.*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] – Document Filing System, to all counsel of record on this 17th day of July, 2014.

*/s/ Jennifer Kash*
**Jennifer Kash**

05878.00001/6122613.1