**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| GENBAND US LLC | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:14-V-0033 –JRG-RSP |
| METASWITCH NETWORKS LTD., | § | |
| ET AL. | § | |

**JURY SELECTION/TRIAL DAY ONE MINUTES
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
JANUARY 11, 2016**

**OPEN:   9:39 a.m.**                                             **ADJOURN:   5:51 p.m.**

ATTORNEYS FOR PLAINTIFF:          (See attached).

ATTORNEYS FOR DEFENDANTS:     (See attached).

LAW CLERKS:                                    Emily Chen
                                                              Alden Harris

COURT REPORTER:                           Shelly Holmes, CSR-TCRR

COURTROOM DEPUTY:                   Jan Lockhart

| TIME | MINUTES |
|---|---|
| 9:39 a.m. | Jury selection began.   Court's preliminary instructions to venire panel.   Counsel introduced co-counsel. |
| 10:19 a.m. | Voir dire examination by Mr. Dacus on behalf of Plaintiff. |
| 10:57 a.m. | Voir dire examination by Mr. Mann on behalf of Defendant. |
| 11:50 a.m. | Recess. |
| 12:19 p.m. | Jury selected.   Panel members sworn. |
| 12:27 p.m. | Jury excused until 1:45 p.m.   Hearing outside the presence of the jury. Messrs. Kubehl and Verhoeven spoke on behalf of the parties. |
| 1:46 p.m. | Court reconvened.   Hearing outside the presence of the jury.   Messrs. Kubehl and Verhoeven addressed remaining claims in the patents-in-suit. |
| 1:58 p.m. | Jury returned to the Courtroom.   Court's instructions to the jury. |
| 2:32 p.m. | Opening statement by Mr. Dacus. |
| 2:54 p.m. | Opening statement by Mr. Verhoeven. |
| 3:20 p.m. | Witnesses sworn.   Rule invoked. |
| 3:21 p.m. | Recess. |
| 3:48 p.m. | Direct examination of Brendon Mills by Mr. Dacus. |
| 4:14 p.m. | Cross examination of Brendon Mills by Mr. Verhoeven. |

| TIME | MINUTES |
|---|---|
| 4:36 p.m. | Redirect examination of Mr. Mills by Mr. Dacus. |
| 4:39 p.m. | Recross examination of Mr. Mills by Mr. Verhoeven |
| 4:41 p.m. | Direct examination of Mr. John McCready by Mr. Kubehl. |
| 5:02 p.m. | Bench conference. |
| 5:04 p.m. | Direct examination continued. |
| 5:47 p.m. | Bench conference. |
| 5:48 p.m. | Jury excused for evening.   8:30 a.m. |
| 5:49 p.m. | Hearing outside the presence of the jury. |
| 5:51 p.m. | Court adjourned. |