**2:14-cv-33-JRG-RSP**
**GENBAND US LLC v. Metaswitch Networks Corp. et al**
Jury Selection/Trial
**January 11, 2015, 9:00 a.m.**

PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Deron Dacus | Genband |
| Doug Kubehl | " |
| MARK MANN | Metaswitch |
| Charles Verhoeven | " |
| David Eiseman | " |
| Jennifer Kash | " |
| Brian Mack | " |
| Lance Yang | " |
| Kurt Pankratz | Genband |
| Jeff Baxter | Genband |
| Andy Tindel | Metaswitch |

IF YOU HAVE YOUR CLIENTS PRESENT, PLEASE PROVIDE NAME & COMPANY

| CLIENT NAME | COMPANY |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |