IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GENBAND US LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:14-cv-33 |
| | § | |
| METASWITCH NETWORKS LTD; | § | |
| METASWITCH NETWORKS CORP., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Final Instructions to the Jury. Your answers to each question must be unanimous.

In this Verdict Form, "Genband" refers to Genband US LLC and "Metaswitch" refers to Metaswitch Networks Ltd. and Metaswitch Networks Corp.

1. **INFRINGEMENT**

    Has Genband proven by a preponderance of the evidence that Metaswitch infringes the following claims of the following Patents?

    For each claim, write either "Yes" (for infringement) or "No" (for no infringement).

    **A.    U.S. Patent No. 6,791,971**
    Claim 70    YES
    Claim 80    YES
    Claim 92    YES

    **B.    U.S. Patent No. 6,885,658**
    Claim 1     YES
    Claim 11    YES

    **C.    U.S. Patent No. 6,934,279**
    Claim 25    YES

    **D.    U.S. Patent No. 7,995,589**
    Claim 15    YES

    **E.    U.S. Patent No. 7,047,561**
    Claim 6     YES
    Claim 17    YES
    Claim 20    YES

    **F.    U.S. Patent No. 7,184,427**
    Claim 1     YES

    **G.    U.S. Patent No. 7,990,984**
    Claim 1     YES

2. **INVALIDITY**

Has Defendant Metaswitch proven by clear and convincing evidence that any of the following claims are invalid?

For each claim, write either "Yes" (for invalid) or "No" (for not invalid).

A. **U.S. Patent No. 6,791,971**
Claim 70  NO
Claim 80  NO
Claim 92  NO

B. **U.S. Patent No. 6,885,658**
Claim 1  NO
Claim 11  NO

C. **U.S. Patent No. 6,934,279**
Claim 25  NO

D. **U.S. Patent No. 7,995,589**
Claim 15  NO

E. **U.S. Patent No. 7,047,561**
Claim 6  NO
Claim 17  NO
Claim 20  NO

F. **U.S. Patent No. 7,184,427**
Claim 1  NO

G. **U.S. Patent No. 7,990,984**
Claim 1  NO

**Answer the following question on damages only if you have found at least one claim of one patent both infringed ("Yes" answer to any part of Question 1) and that same claim to be not invalid ("No" answer to Question 2); otherwise do not answer this question.**

3.   DAMAGES

What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Plaintiff Genband for Defendant Metaswitch's infringement of the patent claim(s) that you have found were infringed?

$ 8,168,400

Signed this 15th day of January, 2016

**JURY FOREPERSON**