IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GENBAND US LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 2:14-cv-33 |
| | § | |
| METASWITCH NETWORKS LTD; | § | |
| METASWITCH NETWORKS CORP., | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

## **VERDICT FORM**

In answering these questions, you are to follow all of the instructions I have given you in the Court's Final Instructions to the Jury.  Your answers to each question must be unanimous.

In this Verdict Form, "Genband" refers to Genband US LLC and "Metaswitch" refers to Metaswitch Networks Ltd. and Metaswitch Networks Corp.

## 1.    INFRINGEMENT

Has Genband proven by a preponderance of the evidence that Metaswitch infringes the following claims of the following Patents?

For each claim, write either "Yes" (for infringement) or "No" (for no infringement).

**A.    U.S. Patent No. 6,791,971**

Claim 70    YES

Claim 80    YES

Claim 92    YES

**B.    U.S. Patent No. 6,885,658**

Claim 1    YES

Claim 11    YES

**C.    U.S. Patent No. 6,934,279**

Claim 25    YES

**D.    U.S. Patent No. 7,995,589**

Claim 15    YES

**E.    U.S. Patent No. 7,047,561**

Claim 6    YES

Claim 17    YES

Claim 20    YES

**F.    U.S. Patent No. 7,184,427**

Claim 1    YES

**G.    U.S. Patent No. 7,990,984**

Claim 1    YES

## 2.    INVALIDITY

Has Defendant Metaswitch proven by clear and convincing evidence that any of the following claims are invalid?

For each claim, write either "Yes" (for invalid) or "No" (for not invalid).

**A.     U.S. Patent No. 6,791,971**

Claim 70    NO

Claim 80    NO

Claim 92    NO

**B.     U.S. Patent No. 6,885,658**

Claim 1    NO

Claim 11    NO

**C.     U.S. Patent No. 6,934,279**

Claim 25    NO

**D.     U.S. Patent No. 7,995,589**

Claim 15    NO

**E.     U.S. Patent No. 7,047,561**

Claim 6    NO

Claim 17    NO

Claim 20    NO

**F.     U.S. Patent No. 7,184,427**

Claim 1    NO

**G.     U.S. Patent No. 7,990,984**

Claim 1    NO

**Answer the following question on damages only if you have found at least one claim of one patent both infringed ("Yes" answer to any part of Question 1) and that same claim to be not invalid ("No" answer to Question 2); otherwise do not answer this question.**

3.     **DAMAGES**

What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Plaintiff Genband for Defendant Metaswitch's infringement of the patent claim(s) that you have found were infringed?

$ _8, 168, 400_____

**Signed this _15ᵗʰ_ day of January, 2016**

**JURY FOREPERSON**